

# Case Assignment
# Standard Miscellaneous Assignment

Case number **3:19MC-35-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Assigned on 9/3/2019 10:48:57 AM
Transaction ID: 24083

Request New Judge    Return